## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**ARCHER WESTERN CONTRACTORS, LLC**   **CIVIL ACTION**

**VERSUS**          **NO. 22-5323**

**MCDONNEL GROUP, LLC**       **SECTION: D(5)**

### ORDER AND REASONS

The Court, having considered Plaintiff Archer Western Contractors, LLC's Motion for Attorneys' Fees and Nontaxable Costs,[1] the Report and Recommendation of the Magistrate Judge,[2] and the failure of either party to file any objection to the Report and Recommendation, and having found it not to be clearly erroneous, hereby approves the Report and Recommendation and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff Archer Western Contractors, LLC's Motion for Attorneys' Fees and Nontaxable Costs[3] is **GRANTED in part**.

**IT IS FURTHER ORDERED** that Defendant The McDonnel Group, LLC shall pay a total of **$517,717.95** ($509,227.85 in attorney's fees and $8,490.10 in costs) to Plaintiff Archer Western Contractors, LLC.

New Orleans, Louisiana, July 24, 2025.

**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 253.
[2] R. Doc. 279.
[3] R. Doc. 253.